AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gillmor, Helen | 2. Court or Organization<br><br>U. S. Disrict Court | 3. Date of Report<br><br>05/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>300 Ala Moana Blvd.<br>Room C-400<br>Honolulu, HI 96850-0400 | 8. On the basis of the information contained in this Report and any modifi      pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Hawaii Womens Legal Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 15 P 12: 46 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | earned income |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Conference of Western Attorneys General | Kapalua, Hawaii, 7/30/05-8/1/05, speaker at conference (airfare, one night's lodging, some meals) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #I | C | Dividend | N | T | | | | | |
| 2. - Brokerage Money Mkt Fund | | | | | | | | | |
| 3. - Cisco Systems Inc Com | | | | | | | | | |
| 4. - Citigroup Inc. Com | | | | | | | | | |
| 5. - Cohen & Steers Reit Pref Bal Inc. Com | | | | | buy | 10-07 | K | | |
| 6. - GE Com | | | | | | | | | |
| 7. - Host Marriott Corp. Com | | | | | | | | | |
| 8. -HRPT Properties Trust Reit Com Sh Ben | | | | | buy | 12-09 | J | | |
| 9. - Intel Corp. Com | | | | | | | | | |
| 10. - Microsoft Com | | | | | | | | | |
| 11. - New Century Fin. Cp. Com | | | | | sell | 03-21 | J | B | |
| 12. -Post Properties Inc. Com | | | | | | | | | |
| 13. -Sovereign Bancorp Inc. Com | | | | | | | | | |
| 14. - Baron Asset Fund | | | | | | | | | |
| 15. - Gabelli Asset Fund | | | | | | | | | |
| 16. - Janus Mercury Fund | | | | | | | | | |
| 17. - Mgrs Cap App Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Laudus Int'l Mktmstrs | | | | | | | | | |
| 19. - Prestige Brands Holdings | | | | | buy | 08-29 | J | | |
| 20. - Brokerage Value Adv Money Fd | | | | | sell | 10-11 | K | | |
| 21. Brokerage Account #1 | | | | | | | | | |
| 22. - money market fund | A | Interest | J | T | | | | | |
| 23. - Brokerage Value Adv. Money Fd | | | | | buy | 10-24 | L | | |
| 24. | | | | | sell | 10-31 | L | | |
| 25. Scopia PX, LLC | | | M | T | buy | 11-01 | L | | |
| 26. IRA #2 | C | Dividend | M | T | | | | | |
| 27. - Brokerage Money Mkt Fund | | | | | | | | | |
| 28. - APT Invt. & Mgmt. | | | | | sell | 02-18 | J | B | |
| 29. - Cohen & Steers Reit Pref Bal Inc. | | | | | buy | 11-15 | K | | |
| 30. - Gables Residential Trust | | | | | cash merger | 08-24 | J | D | |
| 31. - Host Marriott Corp Com | | | | | partial sale | 05-23 | K | C | |
| 32. | | | | | partial sale | 07-12 | J | C | |
| 33. | | | | | partial sale | 07-28 | J | C | |
| 34. | | | | | sell | 11-11 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - HRPT Properties Trust | | | | | buy | 07-26 | J | | |
| 36. | | | | | buy | 07-27 | K | | |
| 37. | | | | | buy | 08-08 | J | | |
| 38. | | | | | buy | 12-06 | J | | |
| 39. - JDS Uniphase Corp Com | | | | | sell | 10-21 | J | | |
| 40. -Matthews Japan Fund | | | | | buy | 02-22 | J | | |
| 41. | | | | | sell | 11-03 | J | A | |
| 42. - Univsl Health Rlty Inc Com | | | | | buy | 08-01 | K | | |
| 43. | | | | | buy | 08-26 | K | | |
| 44. - Rite Aid Corp Com | | | | | partial sale | 07-28 | J | C | |
| 45. | | | | | partial sale | 08-01 | J | C | |
| 46. - Salton Inc. Com | | | | | buy | 01-13 | J | | |
| 47. | | | | | buy | 03-18 | J | | |
| 48. IRA #3 | None | | J | T | | | | | |
| 49. - Brokerage Money Mkt Fund | | | | | | | | | |
| 50. - Epiphany Inc Com | | | | | cash merger | 10-06 | J | | |
| 51. - Nortel Networks Com | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Capital Automotive | A | Dividend | | | cash merger | 12-19 | J | C | |
| 53. Cisco Systems Com | | None | | | sell | 07-07 | J | | |
| 54. HRPT Properties Trust | A | Dividend | J | T | | | | | |
| 55. JDS Uniphase Corp Com | | None | | | sell | 08-31 | J | | |
| 56. Nokia Corp Com | A | Dividend | | | sell | 09-13 | K | | |
| 57. Charles Schwab Corp. | A | Dividend | | | sell | 08-01 | K | | |
| 58. Rite Aid Corp Com | | None | | | sell | 04-13 | J | C | |
| 59. SBC Communications Inc Com | A | Dividend | J | T | | | | | |
| 60. Brokerage Muni Money Fund | A | Dividend | J | T | | | | | |
| 61. Washington Mutual Inc Com | A | Dividend | K | T | partial sale | 03-04 | J | A | |
| 62. Trust #1 | D | Dividend | O | T | | | | | |
| 63. - Abbott Labs Com | | | | | | | | | |
| 64. - Alcan Inc Com | | | | | | | | | |
| 65. - Altera Corp Com | | | | | | | | | |
| 66. - Am Intl Group Inc Com | | | | | | | | | |
| 67. - Amgen Inc Com | | | | | | | | | |
| 68. - Anadarko Pete Corp Com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Applied Matls Inc Com | | | | | | | | | |
| 70. - AT&T Inc. (recvd. in exch. for SBC Comm. Inc. name change) | | | | | exchange | 11-18 | J | | see line 110 |
| 71. - Bank of America Corp Com | | | | | | | | | |
| 72. - CVS Corp Com | | | | | | | | | |
| 73. - Centurytel Inc Com | | | | | | | | | |
| 74. - Compass Bancshares Inc Com | | | | | | | | | |
| 75. - Constellation Brands Inc. Com | | | | | buy | 03-22 | J | | |
| 76. - Cooper Ind Ltd Com | | | | | | | | | |
| 77. - Cooper Tire & Rubber Co. Com | | | | | sell | 06-10 | J | | |
| 78. - Devon Energy Corp Com | | | | | | | | | |
| 79. - Dupont E I De Nemours & Co Com | | | | | | | | | |
| 80. - Emerson Elec Co Com | | | | | | | | | |
| 81. - Exxon Mobil Corp Com | | | | | | | | | |
| 82. - Fannie Mae Com | | | | | sell | 04-19 | J | | |
| 83. - First Data Corp Com | | | | | | | | | |
| 84. - Forest Labs Inc Com | | | | | | | | | |
| 85. - Freeport-McMoran Copper & Gold Com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Gannett Inc Com | | | | | | | | | |
| 87. - GE Com | | | | | | | | | |
| 88. - Gen Mls Inc Com | | | | | | | | | |
| 89. - Harrahs Entmt Inc. Com | | | | | | | | | |
| 90. - Hewlett Packard Co Com | | | | | | | | | |
| 91. - Honeywell Intl Inc Com | | | | | | | | | |
| 92. - IBM Com | | | | | | | | | |
| 93. - Intel Corp Com | | | | | | | | | |
| 94. - Jefferson Pilot Corp Com | | | | | | | | | |
| 95. - JP Morgan Chase & Co Com | | | | | | | | | |
| 96. - Kerr McGee Corp Com | | | | | partial sale | 05-24 | J | B | |
| 97. - Lehman Bros Hldgs Inc Com | | | | | | | | | |
| 98. - Lowes Cos Inc Com | | | | | | | | | |
| 99. - Medtronic Inc Com | | | | | | | | | |
| 100. - Merck & Co Inc Com | | | | | sell | 01-28 | J | D | |
| 101. - 3M Co Com | | | | | | | | | |
| 102. - North Fork Bancorporation NY Com | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Novellis Inc. Com | | | | | spinoff | 01-19 | J | | spinoff from Alcan |
| 104. | | | | | sell | 03-31 | J | A | |
| 105. - Oracle Corp Com | | | | | | | | | |
| 106. - Pepsico Inc Com | | | | | | | | | |
| 107. - Pfizer Inc Com | | | | | | | | | |
| 108. - Praxair Inc Com | | | | | | | | | |
| 109. - Proctor & Gamble Co Com | | | | | | | | | |
| 110. - SBC Communications Inc Com (exch. for AT&T name change) | | | | | exchange | 11-18 | J | | see line 70 |
| 111. - Siebel Systems Inc Com | | | | | | | | | |
| 112. - Southern Co Com | | | | | | | | | |
| 113. - St Paul Travelers Cos Inc Com | | | | | buy | 05-03 | J | | |
| 114. - Target Corp Com | | | | | | | | | |
| 115. - Verizon Communications Com | | | | | | | | | |
| 116. - Walgreen Co Com | | | | | | | | | |
| 117. - Wells Fargo Co Com | | | | | | | | | |
| 118. - Gen Motors Corp Pfd | | | | | partial sale | 10-10 | J | | |
| 119. | | | | | sell | 10-11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Key Trust Small Cap Fd | | | | | buy | 06-10 | J | | |
| 121. - Key Trust Me Tax-Exempt Bond | | | | | | | | | |
| 122. - Key Trust Money Mkt Fund | | | | | | | | | |
| 123. Penobscot Trading, Honolulu, HI Com | | None | J | U | | | | | |
| 124. NW Mutual Annuity | A | Dividend | | | sell | 10-19 | L | E | |
| 125. New York Life Ins | B | Dividend | L | U | | | | | |
| 126. New York Life Ins | B | Dividend | L | U | | | | | |
| 127. Mony Life Ins | A | Interest | J | U | | | | | |
| 128. Washington Nat Life Ins | A | Dividend | J | U | | | | | |
| 129. Molokai Inv Assoc L P 3% interest | | None | J | W | | | | | |
| 130. Abbott Labs Com | A | Dividend | J | T | | | | | |
| 131. Alcan Inc | A | Dividend | J | T | | | | | |
| 132. Amer Intl Group Inc Com | A | Dividend | | | sell | 04-12 | J | D | |
| 133. Wellpoint Inc. | | None | K | T | | | | | |
| 134. Apache Corp Com | A | Dividend | K | T | | | | | |
| 135. Barr Pharmaceuticals Inc. Com | | None | J | T | | | | | |
| 136. Biomet Inc Com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Black & Decker Corp Com | A | Dividend | K | T | | | | | |
| 138. Boston Scientific Corp Com | | None | J | T | | | | | |
| 139. CVS Corp Com | A | Dividend | J | T | | | | | |
| 140. Camden Natl Corp Com | D | Dividend | M | T | partial sale | 04-01 | K | D | |
| 141. Centex Corp Com | A | Dividend | J | T | | | | | |
| 142. Devon Energy Corp Com | A | Dividend | K | T | | | | | |
| 143. Ebay Inc Com | | None | J | T | partial sale | 07-26 | J | C | |
| 144. Exelon Corp Com | A | Dividend | K | T | | | | | |
| 145. Exxon Mobil Corp Com | A | Dividend | K | T | | | | | |
| 146. First Data Corp Com | A | Dividend | J | T | | | | | |
| 147. First Horizon Nat'l Corp Com | A | Dividend | J | T | | | | | |
| 148. Forest Labs Inc Com | | None | K | T | | | | | |
| 149. FPL Group Inc Com | A | Dividend | J | T | | | | | |
| 150. Gannett Inc Com | A | Dividend | J | T | | | | | |
| 151. Gen Elec Co Com | A | Dividend | J | T | | | | | |
| 152. General Mls Inc Com | A | Dividend | J | T | | | | | |
| 153. Grainger WW Inc Com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Honeywell Intl Inc Com | A | Dividend | J | T | partial sale | 05-27 | J | | |
| 155. Illinois Tool Works Inc. Com | A | Dividend | J | T | | | | | |
| 156. IBM Com | A | Dividend | K | T | | | | | |
| 157. Kerr McGee Corp Com | A | Dividend | J | S | partial sale | 05-24 | J | B | |
| 158. Keycorp New Com | A | Dividend | J | T | | | | | |
| 159. Lehman Bros Hldgs Inc Com | A | Dividend | K | T | | | | | |
| 160. Lincoln Intl Corp Com | A | Dividend | J | T | buy | 05-24 | J | | |
| 161. Lowes Cos Inc Com | A | Dividend | J | T | | | | | |
| 162. Mandalay Resort Group Com | A | Dividend | | | cash merger | 04-26 | J | C | |
| 163. Masco Corp Com | A | Dividend | J | T | | | | | |
| 164. Newmont Mining Corp Com | A | Dividend | | | sell | 05-31 | J | | |
| 165. Nokia Corp Com | A | Dividend | J | T | | | | | |
| 166. Novelis Inc. Com | A | Dividend | | | spinoff | 01-19 | J | | from Alcan |
| 167. | | | | | sell | 03-28 | J | A | |
| 168. Novellus Sys Inc. Com | | None | | | sell | 05-27 | J | | |
| 169. Pepsico Inc Com | A | Dividend | J | T | | | | | |
| 170. Praxair Inc Com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Proctor & Gamble Co Com | A | Dividend | J | T | | | | | |
| 172. RPM Intl Inc Com | A | Dividend | J | T | | | | | |
| 173. Southern Co Com | A | Dividend | J | T | | | | | |
| 174. Staples Inc. Com | A | Dividend | J | T | partial sale | 05-31 | J | | |
| 175. Starbucks Corp Com | | None | J | T | | | | | |
| 176. St. Paul Travelers Cos. Inc. Com | A | Dividend | J | T | buy | 05-03 | J | | |
| 177. Symantec Corp Com | | None | J | T | | | | | |
| 178. Target Corp Com | A | Dividend | J | T | | | | | |
| 179. Teva Pharmaceutical Inds Ltd Com | A | Dividend | J | T | | | | | |
| 180. Textron Inc Com | A | Dividend | J | T | | | | | |
| 181. U S Bancorp Com | A | Dividend | J | T | | | | | |
| 182. United Health Group Inc Com | A | Dividend | K | T | | | | | |
| 183. Verizon Comm Com | A | Dividend | J | T | | | | | |
| 184. Walgreen Co Com | A | Dividend | | | sell | 05-27 | J | C | |
| 185. Wells Fargo Co Com | A | Dividend | J | T | | | | | |
| 186. Wendys Intl Inc Com | A | Dividend | | | sell | 08-05 | J | C | |
| 187. 3M Co Com | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Victory Spec Value Fd | A | Dividend | K | T | | | | | |
| 189. Victory Tax Free Money Mkt Fd | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII, page 7, line 119 in the 2004 report is no longer reportable.

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/12/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                                                   Date  5·12·06

NOTE: AN INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544